**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF OCTOBER 6, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
**--------------------------------------------------------------**
**WD77524        Andrew Sapien vs. State of Missouri**
**WD77764        Lawrence R. Hill vs. State of Missouri**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
**--------------------------------------------------------------**
**WD77491        State of Missouri vs. Gustavo M. Ortiz**